**MEMO ENDORSED**

March 13, 2008

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

Re:   United States v. Harding
      03 cr. 316 (LAK)

Dear Judge Kaplan:

    I respectfully submit this request to the Court seeking an immediate order to enjoin the Government and the New York Center for Neuropsychology and Forensic Behavioral Science ("NY Forensics") from forcing me to submit to a polygraph examination, during my sex offender treatment, pending my filing of a U.S.C. 2241 motion in this District.

    I am currently serving a 63 month sentence for embezzlement and possession of child pornography. On December 18, 2007 I was released to the Bronx Re-entry Center Half-way House where I am serving my last 10 weeks on pre-release status. The Bureau of Prisons has mandated that I receive sex offender treatment while in the half-way house, given by NY Forensics.

    On February 25, 2008 I was presented with a 'contract' from NY Forensics which covered the rules and conditions I must abide by while in their treatment program. I was told by Dr. Mary Tramontin that I must sign the document in order to be in compliance. My request to have a copy of the document, before signing it, to show to a lawyer or even to attach to this letter to the Court, was denied. This document could not leave the room, for reasons I cannot grasp. This 'contract', amended within the last few weeks to include the polygraph testing, contained language that, had I signed it, would have obligated me to consent to being polygraphed.

    On March 12, 2008, I was further told by Dr. Tramontin that on March 11, 2008, the Bureau of Prisons told NY Forensics to relay to me that if I did not sign the 'contract' immediately I would be expelled from treatment and subject to all commensurate penalties, presumably including the possibility of being returned to prison and/or loss of good conduct time.

I therefore ask the Court to issue a temporary stay to allow me to file a U.S.C. 2241 motion where I will fully brief the reasons why I should not be coerced into submitting to a polygraph examination. Furthermore, I request that an attorney be assigned to represent me in support of this application, as I have no legal training, no access to a legal library while in the half-way house, and no funds to retain counsel.

Respectfully submitted,

*[signature]*

Russell Harding
Pro Se
51961-054
2534 Creston Ave.
Bronx, NY 10468

cc: Deborah Landis

> The CJA attorney on duty today is appointed to represent applicant in bringing a petition under 28 USC 2241 subject to applicant submitting a sufficient financial affidavit. The Pro Se Office shall furnish the necessary forms to applicant forthwith. The Court will hear counsel on the stay application on 3/20/08 at ~~2:15 pm~~ 10 am.

SO ORDERED

*[signature]*
LEWIS A. KAPLAN, USDJ
3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

03 Cr. 316 (LAK)

- against -

**AFFIRMATION OF SERVICE**

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*


I, _____, declare under penalty of perjury that I have
       *(name)*

served a copy of the attached _____
                                           *(document you are serving)*

upon _____ whose address is _____
      *(name of person served)*

_____
                                  *(where you served document)*

by _____
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*


Dated: _____, _____
       *(town/city)*   *(state)*

                                          *Signature*

_____, _____, 20____
   *(month)*   *(day)*  *(year)*
                                          *Address*

                                          *City, State*

                                          *Zip Code*

                                          *Telephone Number*

Rev. 05/2007