**MEMO ENDORSED**

SDNY RECEIVED
SDNY PRO SE OFFICE
2008 MAR 25 P 4: 29



March 24, 2008

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

    Re:   United States v. Harding
            03 cr. 316 (LAK)

Dear Judge Kaplan:

    I respectfully ask the Court to grant me an extension until April 15, 2008 to file a response to the Government's letter dated December 28, 2007 regarding my two motions for Return of Property and Reconsideration of Restitution. My response was not forthcoming earlier in part because of my recent transfer to a Halfway House, as your Honor is aware, and the necessity of finding work. The Government's last letter, with its factual inaccuracies and false implications, though, compels me to issue a vigorous response.

    With your Honor's permission, I would like to continue to handle this particular matter pro-se, without representation from Mr. Margulis-Ohnuma, my attorney in the Polygraph matter. I believe this to be in the best interests of time and to save the Court the additional expenditures should Mr. Margulis-Ohnuma be required to review my criminal case before proceeding.

Respectfully submitted,

Russell Harding
Pro Se
51961-054
2534 Creston Ave.
Bronx, NY 10468

cc: Deborah Landis

*[Handwritten endorsement:]* Extension denied. The response was due in January.

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/?/08